IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| SANDRA T. LIGHTFOOT | : | |
| | DEBTOR(S) : | BANKRUPTCY NO. 07-15631 SR |
| | | |
| SANDRA T. LIGHTFOOT | : | |
| | PLAINTIFF : | |
| vs. | : | |
| JERRY BORKON | : | |
| T/A BORKON TRUCKARAMA | : | |
| | DEFENDANT : | ADVS. NO. 07-362 |

# ORDER

AND NOW, upon consideration of the Debtor's Complaint Seeking Damages for Violation of the Automatic Stay, the Answer in Opposition filed by the Defendant, Jerry Borkon, thereto, and after trial held July 29, 2008, it is hereby:

ORDERED, that for the reasons set forth in the attached Opinion, judgment shall be and hereby is entered in favor of Plaintiff and against the Defendant in the amount of $1,000.

By the Court:

_____
Stephen Raslavich
Chief U.S. Bankruptcy Judge

Dated: October 8, 2008

<u>Counsel for Plaintiff</u>:
Ronald G. McNeil, Esquire
McNeil Legal Services
1333 Race Street
Philadelphia PA 19107-1585

<u>Counsel for Defendant</u>:
ELLEN M. MCDOWELL, Esquire
McDowell Riga PC
46 West Main Street
Maple Shade, NJ 08052

George Conway, Esquire
Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia PA 19106

Nancy Mulvehill, Courtroom Deputy to Judge Raslavich